UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL SCHMIDT,<br><br>                              Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.;<br>et al.,<br><br>                              Defendants. | Case No.: 3:25-cv-2230-AGS-SBC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY & PRETRIAL MOTION DEADLINES**<br><br>**[Dkt. No. 40]** |

Before the Court is the parties' May 22, 2026, Joint Stipulation to Extend Discovery & Pretrial Motion Deadlines (hereafter "Joint Motion") (Dkt. No. 40). Good cause appearing, the Joint Motion is **GRANTED**. The revised schedule for the case is set forth below:

| Deadline | Current Date: | New Date: |
|---|---|---|
| Fact discovery completion | June 19, 2026 | August 3, 2026 |
| Expert discovery completion | June 19, 2026 | - |
| MSC statements | June 24, 2026 | - |
| Mandatory settlement conference | July 1, 2026, at 10:00 AM | August 13, 2026, at 10:00 AM |

| Pretrial motions | July 20, 2026 | September 4, 2026 |
|---|---|---|
| Rule 26(a)(3) disclosures/memoranda of contentions of fact and law | October 23, 2026 | - |
| Meet and confer on the PTO/Motion in limine | October 30, 2026 | - |
| Draft PTO to Defense counsel | November 6, 2026 | - |
| Lodge PTO/Motion in limine responses | November 13, 2026 | - |
| Final pretrial conference | November 20, 2026, at 10:30 AM | - |

**IT IS SO ORDERED.**

Dated: June 2, 2026

Hon. Steve B. Chu
United States Magistrate Judge